# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00497-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RALPH RAUSCH,

      Defendant.

---

## ORDER

THIS MATTER is before the Court on Defendant's waiver of Indictment, and the Court finding that Defendant's waiver has been made freely and voluntarily:

IT IS HEREBY ORDERED that Defendant's waiver of the right to prosecution by Indictment is accepted and the case will proceed on the Information that has been filed.

DATED and ENTERED this 13 day of Dec., 2007.

BY THE COURT:

United States Magistrate Judge