**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-000497-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

RALPH RAUSCH,

       Defendant.

---

**ORDER FOR PSYCHIATRIC EVALUATION AND REPORT**

---

       This matter coming to the attention of the Court upon the report of the probation officer of this Court. The Court ordered at the time of the Rule 11 Hearing that the defendant undergo a psychiatric evaluation and that a psychiatric report be filed prior to sentencing, pursuant to 18 U.S.C. § 3552(b). Therefore, it is now

       ORDERED that Scott Humphreys, M.D., 1601 East 19th Avenue, Suite 4005, Denver, Colorado 80218, shall conduct a psychiatric evaluation of the defendant and shall file a report with copies for defense counsel and the government, and it is

       FURTHER ORDERED that the Probation Office release a copy of the defendant's Pretrial Services Report to Dr. Humphreys.

       DATED at Denver, Colorado, this 13th day of February, 2008.

       BY THE COURT:

       ***s/John L. Kane***
       JOHN L. KANE
       Senior United States District Judge