IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cr-00497-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**RALPH RAUSCH,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    A Supervised Release Compliance Review Hearing is set for **March 25, 2010 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: March 23, 2010