IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **07-cr-00497-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**RALPH RAUSCH,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Supervised Release Revocation Hearing set for May 6, 2010, is **VACATED AND RESET** for **May 13, 2010 at 10:30 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  April 21, 2010