IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **07-cr-00497-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**RALPH RAUSCH,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defense counsel states in "Defendant's Response To Supervised Release Violation Report" filed on August 13, 2010 that Defendant requests "an evidentiary hearing." An evidentiary hearing is scheduled to begin at 10:00 a.m. on Tuesday, August 17, 2010, a summons was issued on July 15, 2010 and served on Defendant on July 23, 2010. There will be no continuance and counsel are hereby advised that evidence will be taken at the scheduled time.

Dated: August 16, 2010