IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Criminal Action No. 07-cr-00497-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RALPH RAUSCH,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

It is stipulated that at the conclusion of the hearing on August 17, 2010, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED at Denver, Colorado this 17th day of August, 2010.

BY THE COURT:

_____
John L. Kane, Senior Judge

_____    _____
Counsel for Plaintiff    Counsel for Defendant