IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **07-cr-00497-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**RALPH RAUSCH,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The government shall respond to the Motion for Bond Pending Appeal (doc. #75), filed August 30, 2010, on or before September 15, 2010.

Dated: August 31, 2010