IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **07-cr-00497-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**RALPH RAUSCH,**

        Defendant,

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        Defendant shall reply to the government's Response to Motion for Bond Pending Appeal (Doc. #77), filed August 31, 2010, on or before September 8, 2010. Defendant's reply should specifically address the government's assertion that, in accordance with 18 U.S.C. § 3143(b)(2), Defendant's conviction of a "crime of violence" mandates that he be detained pending appeal.

Dated: September 1, 2010